# E-filing

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019433
Cashier ID: almaceh
Transaction Date: 05/22/2008
Payer Name: CLAUDE STEELE
------------------------------------
WRIT OF HABEAS CORPUS
 For: CLAUDE STEELE
 Case/Party: D-CAN-3-08-CV-002181-001
 Amount:      $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 12128455124
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

Enclosed is a $5.00 filing fee for

Claude Steele, C-34972

Case No. CV 08 2181 PJH (PR)

Claude Steele 2-N-90°
P.O. Box C-34972
San Quentin State Prison
San Quentin, CA.
94974

MARYSVILLE CA 95□

19 MAY 2008 PM 2 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# RECEIVED

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA