UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE STEELE,

          Petitioner,

vs.

ROBERT L. AYERS, JR., Warden,

          Respondent.

No. C 08-2181 PJH (PR)

**ORDER DENYING RESPONDENT'S MOTION FOR STAY**

(Docket no. 5)

    Petitioner, a California prisoner currently incarcerated at San Quentin State Prison, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the 2007 decision of the Board of Parole Hearings denying him parole. On May 30, 2008, the court issued an order to show cause. Respondent has filed a motion to stay this case pending the en banc decision in *Hayward v. Marshall,* 512 F.3d 536 (9th Cir.), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008). Petitioner opposes the motion.

    Respondent asserts that a stay is warranted on basis of judicial economy because *Hayward* "may" decide various issues applicable to this case. It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending appellate resolution of a different case involving parallel issues. *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000). Accordingly, the motion for a stay is DENIED (doc. no. 5).

///

///

///

1  Respondent shall comply with the order to show cause within thirty days of the date
2 this order is entered. The deadline for petitioner to file his traverse, which is calculated
3 from the date the answer is filed, remains the same.
4  **IT IS SO ORDERED.**

5 Dated: August 22, 2008.
6                                    PHYLLIS J. HAMILTON
                                      United States District Judge

13 G:\PRO-SE\PJH\HC.08\STEELE2181.deny_stay.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE STEELE,

        Plaintiff,

  v.

ROBERT L AYERS JR et al,

        Defendant.

Case Number: CV08-02181 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Claude Steele C-34972
San Quentin State Prison
2-N-90
San Quentin, CA 94974

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk