UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE STEELE,

    Petitioner,

vs.

ROBERT L. AYERS, JR., Warden,

    Respondent.

No. C 08-2181 PJH (PR)

**ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT**

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition is directed to a denial of parole. Respondent has moved to dismiss the petition as moot because petitioner has been released on parole. Petitioner has not opposed the motion.

Petitioner was sentenced to prison for fifteen years to life for second degree murder. It is undisputed that on May 15, 2009, the governor sustained the decision of the Board of Parole Hearings granting petitioner parole.

Under California law, parole for murderers such as petitioner is for life. *See* Cal. Penal Code § 3000.1(a); 15 Cal. Code Regs. § 2515(f). As a result, if petitioner were to prevail here, that success could not affect the length of his parole – that is, even if the court were to find that he should have been paroled earlier, it could not shorten his parole. And because petitioner has not opposed the motion, he has not identified any collateral consequences that might keep this action from being considered moot, and the court is not aware of any. Petitioner's release from prison moots his habeas petition. *See Burnett v. Lampert*, 432 F.3d 996, 999-1001 (9th Cir. 2005) (claim moot if injury cannot be redressed by court action).

1  Respondent's motion to dismiss (document number 10 on the docket) is **GRANTED**.
2  This case is **DISMISSED** as moot.  The clerk shall close the file.
3  **IT IS SO ORDERED.**
4  Dated: 1/15/10

PHYLLIS J. HAMILTON
United States District Judge

28  P:\PRO-SE\PJH\HC.08\STEELE2181.DSM-Moot.wpd